UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ernest Lenequ

1411413352

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York
correction officer.
1. Cleary Ms.     Badge # Unknown
2. Paul Ms.       Badge # Unknown

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☒ Yes  ☐ No
              *(check one)*

16 Civ. 0893 (RA)

RECEIVED
SDNY PRO SE OFFICE
2016 APR 15 AM 9:41

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/16

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's  Name    Ernest Lenequ
             ID#     1411413352
             Current Institution   OBCC
             Address   1600 Hazen Street
                       East Elmhurst, NY 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  The City of New York   Shield #
                   Where Currently Employed  100 Church Street
                   Address  New York, NY. 10007

*Rev. 01/2010*                                    1

Defendant No. 2   Name **Officer Clearey**   Shield #
Where Currently Employed **NYC Dept of Correction**
Address **Robert N Daroren Detention Center**
**11-11 Hazen Street, East Elmhurst, NY**

Defendant No. 3   Name **Officer Paul**   Shield # **3098**
Where Currently Employed **NYC Dept of Correction**
Address **Robert N Daroren Detention Center**
**11-11 Hazen Street, East Elmhurst, NY**

*Who did what?*

Defendant No. 4   Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____ Shield # _____
Where Currently Employed _____
Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
**RNDC C-74 11-11 Hazen Street**
**East Elmhurst, New York 11370**

B. Where in the institution did the events giving rise to your claim(s) occur?
**6 Main South 24 cell**

C. What date and approximate time did the events giving rise to your claim(s) occur?
**January 14, 2015**
**Working the 3PM to 11PM tour**

*What happened to you?*

D. Facts: _____

Rev. 01/2010                                    2

NATURE OF CLAIM- is for the emotional and physical/Psychological injuries and monetary damages, sustained by the claimant ERNEST LEMNEA, AS WELL AS, Civil Rights violations, including those under the FIRST, EIGHTH AND FOURTEENTH AMENDMENTS of the U.S. Constitution, as well as, the rights, privileges and immunities secured under 42 U.S.C. Section 198 the equal protection clause of the U.S. COnstitution and the Constitutic of the state of New York along with all other applicable laws, Statutes and regulations.

## CAUSE OF ACTIONS

The above damages stem from the "Negligent-careless, reckless and the intentional misconduct of THE CITY OF NEW YORK, its agents, servants, employees and those acting under the color of State law, direction, behes permission and control in process of providing Correctional services, mor specifically, The Defendants CITY OF NEW YORK, individually and in their official capacities.

That said occurrences and the injuries sustained by the claimant herein ERNEST LEMNEAU were due to the misconduct of the CITY OF NEW YORK, its agents, servants, and/or employees in the course of their duty(ies) as Correctional staff; in failing to adequately supervise and instruct said agents, servants, employees as to the proper practices and procedures in the discharge of their duty(ies); in violatiog the claimant ERNEST LEMNE, civil rights; in the negligent hiring practices; in failing to properly investigate emoloyees and potential employees; and THE CITY OF NEW YORK, its agents, servants, and/or employees were otherwise acreless, reckless and negligent.    Upon information and belief, THE CITY OF NEW YORK, is identified as the Commissioner Joseph Aponte administrator of the NEW YO CITY DEPARTMENT OF CORRECTIONS.

That the claimant ERNEST LEMNEA, sustained severe and permenant physical emotional and psychological injuries, as well as, monetary damages, whic to date are as yet unknown, including but not limited to, upon informati and belief, anxiety, emotional distress and upset, flashbacks and mental anguish.

3(A)

That, during the time in custody, claimant ERNEST LEMNEAU, was repeatedly caused to feel helpless, disgraced, shamed and ridiculed as a result of his disfigurement facillaly and said claim is for the personal injury, pain and suffering and/or enjoyment of life, and all other damages to which the claimant ERNEST LEMNEAU, is entitled by case law and Statute.

### STATEMENT OF FACTS

The plaintiff alleges that on January 14, 2015, while asleep on his assigned bed in housing unit 6 main south 24 cell, that he was startled awake by a corrections officer banging on his ell door and that this alarmed him so much that he jumped up out of his sleep banging his head on his bed railing over his head causing bruising and a hematosa which remains to the present obstucting his vision and causing him continued headaches, backaches and neckaches.

The plaintiff alleges that he immediately requested for medical assistance from the corrections officer on duty but was totally ignored as the jail was on "lock-down" thereby depriving him of any medical attention and the carele reckless and intentional negligence of the corrections officer involved who was the cause of the plaintiff's alarm.

The plaintiff filed a grievance regarding the event and denial of medical attention with the facility for menetary damages and also appealed to the Board of Corrections as he continues to suffer from the permenant injury he sustained as a result of negligence, the CAUSE OF ACTION in this civil righ complaint by the defendants acting under the color of State law and for suc other and further relief this court deems just and proper.

Respectully Submitted,

*[signature]*
MR. ERNEST LENEAU.

3(B)

# CORRECTION DEPARTMENT
## CITY OF NEW YORK
### INJURY TO INMATE REPORT

Form: #187R-A
Rev.: 01/31/05
Ref.: Dir. 8401SR-A

Page 1 of 2 Pages

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock Box, One Copy to Inmate Medical File.

| Command: | Date: | COD/JOF #: | Injury #: |
|---|---|---|---|
| RNDC | 01/16/15 | | 20097414 |

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY)**

Inmate Name (Last Name, First Name): Leneau, Ernest

Location: Captain South   Work:   NYSID #: 07 936 186 H   Book & Case/Sent #: 1411413352

Details: On Friday Jan 16, 2015 at approx. 1730 Hrs. I, CO [illegible] #3098 assigned to Captain A11 when Inmate Leneau, Ernest B&C 1411413352 went to the Clinic and stated two days ago he hit his head on the Bed Frame.

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Sarmento, 1588
Date: 01/16/2015   Time: 1760 Hrs

Employee Signature: Paul   Rank/Title: C/O   Shield/IOF: 3044

Employee: [ ] (Did) [X] (Did Not) Witness This Injury.

---

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

Date of Injury: 1/16/15   Reported for Medical Attention Date: 1/16/15 1730 Hrs.
Inmate Refused Medical Attention: [ ] Yes [X] No
Visible Injuries: [X] Yes [ ] No

Nature of Injury and Cause: Cause of injury is as stated above. Nature of injury: Right forehead contusion.

Treatment:
1) Education/Assurance, ice pack
2) Application
3) [illegible] medication
4) F/U prn in clinic

Treated By/Examined By (Print and Sign Full Name): [signature]   Title: RN

Refer to Other Medical Services: [ ] Yes [X] No

Disposition: [ ] Return to Housing Area  [ ] Work Release  [ ] Light Duty  [ ] Return to Work Assignment  [ ] Re-Exam  [ ] Return to Clinic  [ ] Return to School  [ ] Life Threatening Emergency  [ ] Routine

Transfer to Hospital (Indicate Name of Hospital):

Other (Please Specify):

Treated By (Print Full Name and Title, Sign Name): [signature]   Date: 1/16/15   Time: X Hrs

I certify that the cause of injury as stated herein is to my knowledge true and medical attention was provided.

Inmate Signature: Ernest Lane   B&C/Sentence #: 1411413352   Date: 1/16/15
Witnessed By: [signature]   Rank/Title: CO   Shield/I.D. #: 4650   Date: 1/16/15

3(c)

See

Attached

Was anyone else involved?

Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I have been going to the west hospal In rikes Istand for the ortho doctor and Nerve Doctor and I went to A speciel doctor at Belluede hospal Medical, I was told that I have damage my ~~~~~~~ Spinal cord, And Nerves in my Sholders, and BACK.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

Rev. 01/2010                                           3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

RNDC 11-11 Hazen St. East Elmhurst, NY 11370

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ✓   Do Not Know ___

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✓   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? In RNDC grievance office

1. Which claim(s) in this complaint did you grieve? That I Bang my Head on the bar, and the Negligent to Act was delayed

2. What was the result, if any?

No result.

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I told the Doctor about my problem and still to this DAY they have not did anything until now. I get seen in Belvern hospital they are taken care of me now. That happen because A inmate Called Prisoners Right and from there the doctor started to he

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

4

Rev. 01/2010

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). As A result of the damage I recieved I would like to conture medical, and maybe get the nerves in my Neck fix, but for the pain and neglince by Correction and my permanet Injory sustained to this date the Result of violation of my 8th and 14 amendment I would seek for my damage + pain In the amount of two million dollars @ 2,000,000.00. Money can never relave the pain that I fell every day all DAY.

*Rev. 01/2010*                                5

_____
_____
_____
_____

VI. **Previous lawsuits:**

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ___ No ___
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____
_____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___  No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____

Rev. 01/2010

6

6. Is the case still pending? Yes ✓  No ___
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of March, 2016.

Signature of Plaintiff: Ernest Beneau
Inmate Number: 1411413352
Institution Address: OBCC
1600 Hazen St
East Elmhurst, NY
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 18 day of March, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Ernest Beneau



est Leneau
Hazen St
elmhurst NY 11370
#13352

USM P3
SDNY

Pro Se intake unit
500 Pearl street room 200
New York, New York, 10007

NEW YORK
NY 100
APR 15

$000.93
APR 12 2016
MAILED FROM ZIP CODE 11212

RECEIVED
PRO SE OFFICE
16 APR 15 AM 10:41

04/13