UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

ERNEST LENEAU,

                                   Plaintiff,

          -against-

THE CITY OF NEW YORK, CORRECTION OFFICER
NATASHA CLEARY, Shield No. 11078, and
CORRECTION OFFICER MELISSA PAUL, Shield No.
3048,

                                   Defendants.

------------------------------------------------------------------- X

**NOTICE OF MOTION**

16-CV-893 (RA)(BCM)

        **PLEASE TAKE NOTICE** that upon the Declaration of Ariel Lichterman, dated July 21, 2017, the exhibits annexed thereto, the accompanying Memorandum of Law dated July 21, 2017, and all pleadings and proceedings previously had herein, Defendants City of New York, Natasha Cleary, and Melisssa Paul will move before the Honorable Ronnie Abrams, on a date to be determined by the Court, at the United States Courthouse for the Southern District of New York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing Plaintiff's First Amended Complaint against the Defendants, together with such other relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's opposition papers are due within four weeks of service of the instant moving papers, and Defendants' reply, if any, is due within two weeks of receipt of any opposition papers.

Dated:  New York, New York
July 21, 2017

        ZACHARY W. CARTER
        Corporation Counsel of the City of New York
        *Attorney for Defendants City of New York, Natasha Cleary, and Melissa Paul*
        100 Church Street
        New York, New York 10007
        (212) 356-3520

By: _____
        Ariel Lichterman
        Assistant Corporation Counsel

To:  Ernest Leneau (By First Class Mail)
*Pro Se Plaintiff*
Inmate # 141-141-3352
Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst, NY 11370

16-CV-893 (RA)(BCM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST LENEAU,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, CORRECTION OFFICER NATASHA CLEARY, Shield No. 11078, and CORRECTION OFFICER MELISSA PAUL, Shield No. 3048,

                                      Defendants.

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

### *ZACHARY W. CARTER*

*Corporation Counsel of the City of New York*
*Attorney for Defendants City of New York, Natasha Cleary, and Melissa Paul*
*100 Church Street, Room 3-213*
*New York, N.Y. 10007*
*Of Counsel: Ariel Lichterman*
*Tel: (212) 356-3520*