UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ernest Leneau
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

16 Civ. 0893 (R)(A)

- against -

NOTICE OF MOTION

The City of New York
Officer Cleary
Officer Paul
_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

RECEIVED SDNY DOCKET UNIT 2017 AUG 17 PM 3:23

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8-17-17

PLEASE TAKE NOTICE that upon the annexed affirmation of __Ernest Leneau__
(name)
affirmed on __Aug 11__, 20_17_, and upon the exhibits attached thereto (delete if no
                (date)
exhibits), the accompanying Memorandum of Law in support of this motion (delete if there is no

Memorandum of Law), and the pleadings herein, plaintiff/defendant will move this Court, before
                                                                            (circle one)
__Ronnie Abrams__, United States District/Magistrate Judge, for an order
 (Judge's name)                                       (circle one)
pursuant to Rule __56.1__ of the Federal Rules of Civil Procedure granting (state what you want the
Judge to order): __Dismiss the defendant order, and grant me__
__a trial__
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __East Elmhurst, NY__           Signature __[signature]__
         (city)          (state)       Address __1600 Hazen Street__
__Aug__ __11__, 20 _17_                __East Elmhurst, NY 11370__
(month)  (day)  (year)                 Telephone Number _____
                                       Fax Number (if you have one) _____

Rev. 05/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ernest Leneau
_____

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

16 Civ. 893 (RA)(BCM)

- against -

AFFIRMATION IN OPPOSITION
TO MOTION

The City of New York, Correction
Officer Natasha Cleary # 11078
Officer Melissa Paul # 3048

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

RECEIVED
SDNY DOCKET UNIT
2017 AUG 17  PM 3: 23

I, Ernest Leneau, affirm under penalty of perjury that:

1. I, Ernest Leneau, am the plaintiff/defendant in the above entitled action, and (circle one) respectfully submit this affirmation in opposition to the motion dated July 21, 2017, made by Zachary W Carter, Corporation Counsel of New York (name of moving party) asking that the court order the following relief:

Motion for Summary Judgment
(state what the moving party wants the Judge to order)

2. I have personal knowledge of facts which bear on this motion because I have tried hard to give you the truth and Now I feel I can win without a lawyer
(state the basis on which you learned of the relevant facts)

3. The motion should be denied because (state your reasons using additional paragraphs and sheets of paper as necessary)
Because I need a chance to fight for what is Right the have been Neglenting us Inmate for a long time and getting away with it.

4. In view of the foregoing, it is respectfully submitted that the motion should be denied.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: East Elmhurst, NY
(city) (state)
August 11, 2017
(month) (day) (year)

Signature: Ernest Leneau
Address: 1600 Hazen Street
East Elmhurst, NY 11370
Telephone Number _____
Fax Number (if you have one) _____

Rev. 05/2007

Please Take notice that I the Plaintiff believe that my case shouldn't be dismissed because everything that I said is true and facts. I believe that the city of New York have been give us inmate a raw deal when it comes to us getting injured in jail. I believe that everone that said their injury maybe lying but I truly damage myself. I can't believe that they don't want to take responsible for my injurys. I'm on there jail that I have never been in before and I didn't no about any grievance that we must do, excuse me for not knowing the steps. Everyone that come to jail and get hurt were is the rule book, an inmate that get hurt in jail must follow these step were are they. Not everyone who come to jail every think they will get hurt and would have to follow steps when they are in pain. Rule 56? should be dismiss because I have a case that I will win if put before a jury. I'm pro-se and it is hard for a person who not a lawyer and because every Lawyer I call want to no my charges before they take my case why is that. And everytime I ask the court to assign me a lawyer the say no, It unfair to us inmates. I don't no anything about case law so please excuse me again. What I no is that when I came to jail I wasn't taking pain killer everyday. Now for me to go on day to day I must take 6 pain killer at 400 mg a Day.

Exhaust Administrative Remedies.

1. I put my Grievance in more than once in the Grievace box and it was answer Medical issue.
2. I also put my Grievance in the Warden Gens box but again never answer.
3. I also sent my Grievace to Central office Review Comittee. 75-20 Astoria Blvd. East Elmhurst. NY 11370
4. I also inform the Prisoner Right Project.
5. I also ask for a hearing at R.N.D.C. and was told they didn't have a Grievance Committe.
6. I also wrote a personal letter to Mr. Ponte.

Deliberate indifference to my Medical needs

1A. I believe that the officer making me say in the cell for 2 day and not talking me to medical when I first hit my head maybe I would not have damage my neck and shoulder because when I first hit my head I was dozzy and all I could do is go back to sleep because I was inform the jail was lock down. They are telling me you can't have 2 emergency (prompt action) at the same time. By them denial of medical Attention constituted deliberate indafferent in violation of the eighth Amendment

2B. It is true I had a back problem back in 1996 and I inform the doctor on the day that I went to sick call. But from what I no about head injurys most times you will not feel pain until later on as of what I no.

g 3

2C. The hematoma on my head is still there which cause me a facial deformity.

D. Because of the Pain now I'm on Pain killer everyday 7 days a week.

E. It is true again the Pain in my neck didn't start until maybe 3 to 4 month later, but the doctor at the hospital said it was from the injury to my head. Injuries I sustained is because of the officer banging on the cell door, and Medical not doing their job as get a MRI to make sure I was ok. In the being how would I no I would have pain later I'm no doctor. A doctor sould no what to do if a inmate come in with a head injury. You have all the rules on exhaust Administrative Remedies but what about taken care of us inmate who injury ourself in their jail. what are rules when someone is hurt in the jail what is the doctor and the C.O Job.

3A. They say that I work I have to work because I don't have anyone taken care of me. And the Pain medication makes it easer for me take the pain. The SPA Job all I Do is sit down and watch my fellow Inmate. If I wasn't getting the Pain medication I would'nt be able to work.

4

Plaintiff cannot Establish that he was Provided inadequate treatment

C. The defendant denial me adequate medical care in violation of the eighth Amendment. The eighth Amendment prohibits the infliction of cruel and unusual punishment's on prisoner's. In Estelle v Gamble. The Supreme Court held that deliberate indifference to serious medicals needs of prisoner constitutes the ~~was~~ unesessary and wanton infliction of Pain ... proscribed by the Eight Amendment" To not allow me adequate medical attention is on the C.O. in charge. By bring me 2 days later is negligent toward the CO in charge. As I said before once I came to DBCC the medical staff got me better attention to my needs. But I still have to have surgury on my neck and Head, Some ware the D.O.C Needs a Directive that allow CO to take anyone know has a injury to sick call. When ever a person have a head injury it important that they seek medical attention no mater how small, it not up to the CO to make a decision on what should go to sick call or not everyone should be allowed,

P.S Please understand I'm no lawyer and I tried my best to answer all the question that the defendant counsel have ask of me, I only have a 12th Grade of School so please give me a chance.

Ernest Leneau
141413352
600 Hazen St
C-71 Elmhurst, NY 11370

16 civ 0893 (R)(A)
United States District Court
Southern District of New York
500 Pearl Street